UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Global Distribution Center, LLC,           Case No. 3:19-cv-235

       Plaintiff,

   v.                                               ORDER

Citizens Insurance
Company of America, et al.,

       Defendants.

      The parties have notified my chambers that this case has settled. In light of the settlement, I deny as moot and without prejudice the pending motions for summary judgment. (Doc. Nos. 39 and 40). The parties shall file a stipulated dismissal entry within thirty (30) days of this Order.

      So Ordered.

                                                     s/ Jeffrey J. Helmick
                                                     United States District Judge