**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT TOLEDO**

| | |
|---|---|
| GLOBAL DISTRIBUTION CENTER, LLC, | : |
| | : CASE NO. 3:19-cv-00235 |
| Plaintiff, | : |
| | : JUDGE JEFFREY J. HELMICK |
| v. | : |
| | : |
| CITIZENS INSURANCE COMPANY, et al., | : |
| | : |
| Defendants. | : |

**STIPULATION FOR DISMISSAL AND JUDGMENT ENTRY**

We the attorneys for the respective parties hereto, do hereby stipulate that this case is settled and dismissed, with prejudice against all parties. Notwithstanding this dismissal, the court retains jurisdiction over this case for the purpose of enforcing the terms of the settlement. Each party to bear their own costs. Notice by the Clerk is hereby waived.

Dated: 7/17/2023

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

/s/ Norman A. Abood
Norman A. Abood, Esq. (0029004)
The Law Office of Norman A. Abood
101 Broadcast Building
136 N. Huron Street
Toledo, Ohio 43604
Telephone:  419-724-3700
Email: norman@nabood.com
*Attorney for Plaintiffs*

/s/ Joel E. Sechler
Joel E. Sechler, Esq. (0076320)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43219
Telephone: 614-365-4132
sechler@carptenterlipps.com
*Attorney for Defendants*